**Michael Robert PULIDO, Petitioner–Appellee,**

v.

**Chris CHRONES, Respondent–Appellant.**

**Michael Robert Pulido, Petitioner–Appellant,**

v.

**Chris Chrones, Respondent–Appellee.**

**Nos. 05–15916, 05–16308.**

United States Court of Appeals, Ninth Circuit.

June 9, 2009.

J. Bradley O'Connell, First District Appellate Project, San Francisco, CA, for Petitioner–Appellee/Petitioner–Appellant.

Michael Robert Pulido, Corcoran, CA, pro se.

Jeremy E. Friedlander, AGCA–Office of the California Attorney General, San Francisco, CA, for Respondent–Appellant/Respondent–Appellee.

Before: ALFRED T. GOODWIN, DIARMUID F. O'SCANNLAIN, and SIDNEY R. THOMAS, Circuit Judges.

**ORDER**

Petitioner–Appellant's Petition for Reconsideration of Dispositive Order, filed with this court on March 31, 2009 is GRANTED. The Order remanding the case, filed March 20, 2009 is VACATED.

Petitioner–Appellant's Motion to file Supplemental Brief Following Supreme Court Remand, filed March 10, 2009 is GRANTED and Petitioner–Appellant's Supplemental Brief is ordered FILED.

Respondent–Appellant is directed to file a responsive brief to Petitioner–Appellee's Supplemental Brief to address the application of the harmless error standard of *Brecht v. Abrahamson*, 507 U.S. 619, 113 S.Ct. 1710, 123 L.Ed.2d 353 (1993). Respondent–Appellant shall respond within fourteen (14) days of the date of this order, and Respondent–Appellant shall provide this court with ten (10) copies.